UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MID____ ___ ___ LA

2007 NOV -9 P 4: 04

_____
                DEPUTY CLERK

RICKEY BARNES (#119466)

VERSUS

CAPT. CLINT BOND, ET AL

CIVIL ACTION

NUMBER 07-789-JVP-SCR

RULING

Pro se plaintiff, an inmate at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Capt. Clint Bond, Lt. Billy Montgomery, Capt. Ivry Stammerich, Cpt. Mills, Sgt. L. Mack Assistant Warden Shirley Coody, Assistant Warden Howard Prince, Assistant Deputy Warden Darren Vannoy, Warden Burl Cain, Trish Foster, Louisiana Department of Public Safety and Corrections Secretary Richard L. Stalder, Linda Ramsey and eight unidentified correctional officers. Plaintiff alleged that the defendants conspired to confiscate his personal property and legal materials to interfere with his access to the courts.

Plaintiff also filed a motion for a temporary restraining order and a preliminary injunction seeking an order directing the defendants to refrain from retaliating against the plaintiff. Record document number 37.

In order to determine whether to issue a preliminary injunction the court must consider four factors:[1]

---

[1] Wright and Miller, <u>Federal Practice and Procedure: Civil</u>, § 2948, et seq.

1. the significance of the threat of irreparable harm to the plaintiff if the injunction is not granted;

2. the state of balance between this harm and the injury that granting the injunction would inflict on the defendant;

3. the probability that the plaintiff will succeed on the merits; and

4. the public interest.

It is unlikely that the plaintiff will prevail on his claims against the defendants. Any harm which may come to the plaintiff is likely to be minor rather than irreparable and it can be compensated for monetarily should the plaintiff prevail in this action.

Additionally, the public interest in the issuance or denial of a preliminary injunction is minimal or non-existent in this case.

The plaintiff has not shown the exceptional circumstances needed for issuance of a temporary restraining order of the sort the plaintiff seeks. Therefore, his request for a temporary restraining order is denied.

It is further ordered that the plaintiff's request for a preliminary injunction be referred to the trial of this case.

Baton Rouge, Louisiana, November 9, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE