UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 FEB 22 A 10: 16

BY DEPUTY CLERK

RICKEY BARNES (#119466)

VERSUS                                          CIVIL ACTION

CAPT. CLINT BOND, ET AL                         NUMBER 07-789-JVP-SCR

<u>RULING</u>

This matter is before the court on the plaintiff's Emergency Motion for Reconsideration for Temporary Restraining Order and Preliminary and/or Permanent Injunction.   Record document number 21.

Pro se plaintiff, an inmate at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Capt. Clint Bond, Lt. Billy Montgomery, Capt. Ivry Stammerich, Cpt. Mills, Sgt. L. Mack Assistant Warden Shirley Coody, Assistant Warden Howard Prince, Assistant Deputy Warden Darren Vannoy, Warden Burl Cain, Trish Foster, Louisiana Department of Public Safety and Corrections Secretary Richard L. Stalder, Linda Ramsey and eight unidentified correctional officers. Plaintiff alleged that the defendants conspired to confiscate his personal property and legal materials to interfere with his access to the courts.

On November 8, 2007, the plaintiff filed a motion for temporary restraining order and preliminary injunction seeking an order directing the defendants to refrain from retaliating against

the plaintiff.[1]   The motion was denied.[2]

Plaintiff argued in his motion for reconsideration that unless a restraining order is issued,  prison personnel will destroy his personal property and legal materials.

For the reasons set forth in the court's November 9, 2007 ruling, the plaintiff has not shown the exceptional circumstances needed for the issuance of a preliminary injunction.   Accordingly, the plaintiff's motion for reconsideration is denied.

Baton Rouge, Louisiana, February __21__, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE

---

[1]   Record document number 7.

[2]   Record document number 9.