UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICKEY BARNES (#119466)

VERSUS                                                CIVIL ACTION

CAPT. CLINT BOND, ET AL                               NUMBER 07-789-JVP-SCR

SUPPLEMENTAL RULING ON MOTION TO SERVE COMPLAINT

Again before the court is the plaintiff's Motion for Request to Enforce Complaint and Summons Upon the Defendants.  Record document number 24.

In response to the order issued March 12, 2008,[1] the U.S. Marshal filed a supplemental return of service explaining why service was not accepted for defendants Lt. Billy Montgomery, Capt. Unknown Mills and Sgt. L. Mack.[2]  Montgomery and Mack are no longer employed by the Louisiana Department of Public Safety and Corrections (DOC), and the identity of the correct Mills could be determined.

Plaintiff asserted that the U.S. Marshal should have obtained addresses for these defendants from the DOC, the East Feliciana Parish Sheriff or the Attorney General's office.  The U.S. Marshal was appointed to serve the defendants; not as a private investigator.  It the plaintiff's responsibility to provide the

---

[1] Record document number 28.

[2] Record document number 29.

U.S. Marshal with addresses where these defendants can be served.

Accordingly, the plaintiff's Motion for Request to Enforce Complaint and Summons Upon the Defendants is now denied.

Baton Rouge, Louisiana, March 18, 2008.

                                    */s/ Stephen C. Riedlinger*
                                    STEPHEN C. RIEDLINGER
                                    UNITED STATES MAGISTRATE JUDGE