UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICKEY BARNES (#119466)

VERSUS                                          CIVIL ACTION NO.: 07-789-JVP-SCR

CAPT. CLINT BOND, ET AL

## RULING ON MOTION FOR
## PARTIAL SUMMARY JUDGMENT

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Riedlinger dated April 18, 2008 (doc. 35). Plaintiff has filed an objection (doc. 37) which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, defendants' Motion for Partial Summary Judgment for Failure to Exhaust Administrative Remedies (doc. 17) is hereby **GRANTED** in part, dismissing all of the plaintiff's claims for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling them in forma pauperis status,[1] except for the plaintiff's claims that his property was confiscated on January 3 and March 16, 2006 in retaliation for filing an

---

[1] *Underwood v. Wilson*, 151 F.3d at 296.

administrative grievance and his property was lost or destroyed in violation of his constitutional rights.

Baton Rouge, Louisiana, May 9, 2008.

*signature*

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA