UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICKEY BARNES (#119466)

VERSUS  CIVIL ACTION NO.: 07-789-JVP-SCR

CAPT. CLINT BOND, ET AL

## RULING ON MOTION TO DISMISS

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 1, 2008 (doc. 57). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' Motion to Dismiss (doc. 16) is **GRANTED** in part, dismissing the plaintiff's claims against Louisiana Department of Public Safety and Corrections Secretary Richard L. Stalder, Warden Burl Cain, Assistant Deputy Warden Darrell Vannoy, Assistant Warden Shirley Coody, Assistant Warden Howard Prince, Trish Foster, and Linda Ramsey, but in all other respects the defendants' Motion to Dismiss is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the plaintiff's claims against Capt. Mills, Lt. Billy Montgomery, Sgt. L. Mack and the eight unidentified correctional officers are hereby **DISMISSED** for failure to prosecute pursuant to Rule 4(m), Fed.R.Civ.P.

Baton Rouge, Louisiana, August 21, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA