UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICKEY BARNES (#119466)

VERSUS                                              CIVIL ACTION NO.: 07-789-JVP-SCR

CAPT. CLINT BOND, ET AL

### RULING ON MOTION FOR SUMMARY JUDGMENT

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Riedlinger dated February 2, 2009 (doc. 88). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' motion for summary judgment (doc. 75) shall is hereby **GRANTED** and this action shall be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 4th, 2009.

JAMES J. BRADY
C.S.D.J. for
_____
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA