UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



RICKEY BARNES (#119466)

VERSUS                                           CIVIL ACTION NO.: 07-789-JVP-SCR

CAPT. CLINT BOND, ET AL

## JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants, Captain Clint Bond, Lt. Billy Montgomery, Captain Ivry Stammerich, Captain Unknown Mills, St. L. Mack, Asst. Warden Shirley Coody, Asst. Warden Howard Prince, Asst. Deputy Warden Darien Vonnoy, Warden Burl Cain, Warden Designee Trish Foster, Richard L. Stalder, Secretary Designee Linda Ramsey, John Doe, Jane Doe, and All Defendants, and against the plaintiff, Rickey Barnes, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, March 6th, 2009.

JAMES J. BRADY
U.S.D.J. For

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA